[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1862

ESTATE OF JENNIE E. PREVETT, ET AL.,

Plaintiffs, Appellants,

v.

BETTY ANN COHEN, DR., ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. George A. O'Toole, Jr., U.S. District Judge]



Before

Torruella, Chief Judge, 
Stahl and Lynch, Circuit Judges. 



Peter D. Prevett on brief pro se. 
Pamela S. Gilman, Jennifer Ellis Burke and Taylor, Duane, Barton 
& Gilman, LLP on brief for appellee, Betty Ann Cohen, M.D. 
Wilson D. Rogers, Jr., Wilson D. Rogers, III and Dunn and Rogers, 
P.C. on brief for appellees, Richard NG, M.D. and St. Elizabeth's 
Medical Center of Boston, Inc.



November 10, 1997


Per Curiam. Upon careful review of the parties' briefs 

and the appellate record, we reject plaintiffs' contentions

that the district court misinterpreted the Emergency Medical

Treatment and Active Labor Act (EMTALA), 42 U.S.C. 1395dd,

and applied an incorrect standard under Fed. R. Civ. P.

12(b)(6). Substantially for the reasons given in the

district court order dated June 30, 1997, the amended

complaint failed to state an EMTALA claim upon which relief

could be granted, even though the complaint nominally invoked

EMTALA. See Vickers v. Nash General Hospital, Inc., 78 F.3d 

139, 143-44 (4th Cir. 1996). 

We make no comment on the merits of plaintiffs'

remaining state law claims.

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-